PD-0765&0766-15

No. PD-0765-15

THOMAS LIOYD TAUNTON
    Petitioner

vs.

THE STATE OF TEXAS
    RESPONDENT

FILED IN
COURT OF CRIMINAL APPEALS
OCT 15 2015
Abel Acosta, Clerk

IN THE TEXAS COURT

of

CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 15 2015
Abel Acosta, Clerk

Motion for Extension of Time
to File
Motion for Rehearing

To THE HONORABLE JUDGES of the Court of CRIMINAL APPEALS:

    Comes Now, THOMAS L. TAUNTON, Petitioner, and files this Motion for an extension of sixty (60) days, In which to file a Motion For REHEARING. In support of this motion, Petitioner shows the court the following:

## I.

Petitioner was convicted in the 336th District court of Fannin County, Texas of the offense of Capitol Murder and Murder in the Cause No: CR-12-24098, and CR-13-24955 styled THE STATE of TEXAS vs. THOMAS LIOYD TAUNTON. The Petitioner appealed to the Court of Appeals, Sixth District Supreme Judicial District. APPEAL NO. 06-14-00159 CR. The case was affirmed on June 19, 2015. Petitioner filed his (PDR) Petition for Discretionary Review on June 3, 2015. THE Court Denied Petition For Discretionaly Review on 9-26-15

## II

The Present deadline for filing the Motion For Re-Hearing of Petition For Discretionaly review is 9-26, 2015. The Petitioner has not requested any extension prior to this Request.

## III

Petitioner's request for an extension is based upon the following facts:

1. Petitioner was not informed of the decision of the Court of Criminal Appeals in Denying his (PDR) Petition for Discretionary Review in his case until September 08, 2015.

2. Since that time Petitioner has been attempting to gain Legal Representation in this Matter.

3. Petitioning Attorney who Filed this Appeal and (PDR) Petition for Discretionary Review has informed Petitioner that he will not represent him on a Motion for Re-hearing on (PDR) Petition for Discretionary Review.

4. Petitioner is not schooled to the Law and has No knowledge of Legal Matters, but is asserting any legal rights he has in this matter and request the courts LENIENCY.

WHEREFORE, Petitioner prays THIS COURT GRANT This Motion and extend the deadline for Filing the Petitioners Motion for Re-hearing of Petion For Discretionary Review in Cause No PD-0765-15
To Date September 29, 2015

Respectively Submitted
Thomas L. Taunton
Petitioner Pro-Se
TDCJ # 1946651
William P. Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9602

## Inmate Declaration

I, THOMAS LLOYD TAUNTON TDCJ No. 1946651 am the Petitioner in the above motion and being presently incarcerated in the Texas Department of Criminal Justice Institutional Division at the William P. Clements Unit, declare under penalty of perjury that, according to my belief, the facts here in the above Motion for Extension of Time to File A Motion For Rehearing of Petition For Discretionary Review are True and correct

signed on September 29, 2015

Thomas L. Taunton

Petitioner Pro-Se
TDCJ No. 1946651

Thomas Trenton
B. Clements Unit #1946257
9(LD) Spur 591
Amarillo, Tx 79107-9606

YES 96

"LEGAL MAIL"

Mr. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308
Austin, Tx 78711

7871142308



